| | |
|---|---|
| 1 | FISHER LAW OFFICE |
| | T. JAMES FISHER (SBN 064079) |
| 2 | 1721 Court Street |
| | Post Office Box 990460 |
| 3 | Redding, CA  96099-0460 |
| | Telephone:      (530) 244-0909 |
| 4 | Facsimile:        (530) 244-0923 |
| | Email:        *fisherlawoffice@sbcglobal.net* |
| 5 | |
| | Attorney for Plaintiff |
| 6 | ROSE JAMES |

JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
ERIKA BARBARA PICKLES (SBN 215702)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:      (916) 341-0404
Facsimile:        (916) 341-0141
Email:        *schnackr@jacksonlewis.com*
Email:        *picklese@jacksonlewis.com*

Attorneys for Defendant
THE ACADEMY OF PERSONALIZED LEARNING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| ROSE JAMES, | Case No. 2:12-CV-01161-JAM-KJN |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL WITH PREJUDICE;  ORDER** |
| THE ACADEMY OF PERSONALIZED LEARNING, a California Charter School; and DOES 1 through 20, inclusive, | Complaint Filed:    March 13, 2012 |
| | Removal Date:       April 27, 2012 |
| Defendant. | Trial Date:              February 24, 2014 |

///

///

///

///

1

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

    Plaintiff Rose James and Defendant The Academy of Personalized Learning ("the Parties") by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Date: August 5, 2013        FISHER LAW OFFICE

                                     By: /s/ *T. James Fisher* (by authorization 8/5/13)
                                            T. James Fisher

                                      Attorney for Plaintiff
                                      ROSE JAMES

Dated: August 5, 2013       JACKSON LEWIS LLP

                                     By: /s/ *Erika Barbara Pickles*
                                            Robert J. Schnack
                                            Erika Barbara Pickles

                                      Attorneys for Defendant
                                      THE ACADEMY OF PERSONALIZED LEARNING

## **ORDER**

    Based on the foregoing stipulation,

    IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

**IT IS SO ORDERED.**

Dated: 8/5/2013                /s/ John A. Mendez
                                      Honorable John A. Mendez
                                      UNITED STATES DISTRICT COURT JUDGE