FISHER LAW OFFICE
T. JAMES FISHER (SBN 064079)
1721 Court Street
Post Office Box 990460
Redding, CA  96099-0460
Telephone:    (530) 244-0909
Facsimile:     (530) 244-0923
Email:          *fisherlawoffice@sbcglobal.net*

Attorney for Plaintiff
ROSE JAMES


JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
ERIKA BARBARA PICKLES (SBN 215702)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:    (916) 341-0404
Facsimile:     (916) 341-0141
Email:          *schnackr@jacksonlewis.com*
Email:          *picklese@jacksonlewis.com*

Attorneys for Defendant
THE ACADEMY OF PERSONALIZED LEARNING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| ROSE JAMES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE ACADEMY OF PERSONALIZED LEARNING, a California Charter School; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendant. | Case No. 2:12-CV-01161-JAM-KJN<br><br>**STIPULATED DISMISSAL WITH PREJUDICE;  ORDER**<br><br>Complaint Filed:　March 13, 2012<br>Removal Date:　　April 27, 2012<br>Trial Date:　　　　February 24, 2014 |

///

///

///

///

1

STIPULATION FOR DISMISSAL

*James v. The Academy of Personalized Learning, et al.*
USDC ED Case No. 2:12-cv-01161

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff Rose James and Defendant The Academy of Personalized Learning ("the Parties") by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Date: August 5, 2013    FISHER LAW OFFICE

By: /s/ *T. James Fisher* (by authorization 8/5/13)
T. James Fisher

Attorney for Plaintiff
ROSE JAMES

Dated: August 5, 2013    JACKSON LEWIS LLP

By:    /s/ *Erika Barbara Pickles*
Robert J. Schnack
Erika Barbara Pickles

Attorneys for Defendant
THE ACADEMY OF PERSONALIZED LEARNING

## ORDER

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

**IT IS SO ORDERED.**

Dated: 8/5/2013    /s/ John A. Mendez
Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE